/s/ _____    X___RETAIN

**James F. Schneider , U. S. BANKRUPTCY JUDGE**    Evidentiary Hrg: Y/N
                                                   Exhibits Filed: Y/N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 07/15/2013 Time: 10:00

**CASE: 12-00713 Bellinger v. The Bank Of Glen Burnie et al**

Related: 10-34611 Empire Towers Corporation

Gregory P. Johnson and James M. Hoffman and Maurice Belmont VerStandig and Sebastian Forgues representing Joseph Bellinger (Plaintiff)

William Mark Rudow representing The Bank Of Glen Burnie (Defendant)

PRO SE Empire Corporation (Defendant)

[20] Motion to Dismiss Adversary Proceeding as to The Bank of Glen Burnie Filed by The Bank Of Glen Burnie. (Attachments: # (1) Memorandum# (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit # (6) Exhibit # (7) Exhibit # (8) Exhibit # (9) Exhibit)

**FILED BY** : The Bank Of Glen Burnie BY W Rudow

[21] Opposition on behalf of Joseph Bellinger Filed by Maurice Belmont VerStandig (related document(s) 20 Motion to Dismiss Adversary Proceeding filed by Defendant The Bank Of Glen Burnie). (Attachments: # (1) Proposed Order)

**FILED BY** : Joseph Bellinger BY J Hoffman S Forgues M VerStandig G Johnson

*Continued to November 15, 2013 for status letter*

SCHEDULE:

    1.Discovery cutoff:_____    6.Pretrial memos/exhibits:_____

    2.Dispositive motions:_____   7.Trial times est:_____days____hrs

    3.Status report due:_____    8.Trial date:_____ time:_____

    4.Motions hrg. date:_____    9.Expert witness &Rpts:_____

    5.Final pretrial hrg:_____    10.Reissue Summons:_____

DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                               _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____       for want of Prosecution

                                              _____ Day Settlement Order

_____Decision Reserved                 _____ Moot

_____Default / No Response           _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order                 _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel       [ ] Court
        [ ] defendant's counsel       [ ] Other _____

NOTES: